IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NATALIE JAMES, | * |
| Plaintiff, | * |
| vs. | *   No. 4:09CV00412 SWW |
| ANDERSON, CRENSHAW & ASSOCIATES, L.L.C., | * |
| Defendant. | * |

**AGREED ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to settlement, and by agreement of the parties, this case is dismissed *without* prejudice, without costs to either party, and with leave for the parties to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

The Settlement Conference set for December 8, 2009 is stricken.

The Trial Date of March 22, 2010 is stricken.

DATED this 3rd day of December, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE